## Commonwealth *v.* Lanzer, Appellant.

Argued September 10, 1969. *Richard M. Lovenwirth,* Assistant Public Defender, for appellant; *Richard A. Devlin,* Assistant

720

District Attorney, with him *Stewart J. Greenleaf,* Assistant District Attorney, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.